UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOBBY JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>the CITY OF NEW HAVEN; Chief of Police FRANCISCO ORTIZ, in his individual and official capacity; and officers CLARENCE WILLOUGHBY, MICHAEL QUINN, PATRICK REDDING, HERMAN BADGER, and ANDREW MURO, in their individual capacities,<br><br>    Defendants. | Case No. 3:17-cv-1479 (JAM)<br><br>May ~~April~~ 12, 2021 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Bobby Johnson, and Defendants, Michael Quinn and Clarence Willoughby, through counsel, hereby stipulate to a dismissal with prejudice of the above-captioned matter, without any award of attorney's fees or costs to any party.

PLAINTIFF,
BOBBY JOHNSON

By: _____
Emma Freudenberger
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 18th Floor
New York, NY 10013
(212) 965-9081
emma@nsbcivilrights.com

1

DEFENDANT,
MICHAEL QUINN

By: /s/ *Stacey L. Pitcher*
Stacey L. Pitcher (ct27111)
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
900 Chapel Street, 10th Floor
New Haven, CT 06510
(860) 256-0744
stacey.pitcher@obermayer.com


DEFENDANT,
CLARENCE WILLOUGHBY


By: /s/ *William J. Melley*
William J. Melley III (ct06355)
LAW OFFICES OF WILLIAM J. MELLEY III
250 Hudson Street
Hartford, CT 06106
(860) 247-9933
wjmelley@wjmelley.com

2

4816-3661-9492

## **CERTIFICATION**

I hereby certify that, on ~~April~~ May 12, 2021, a copy a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court(s) electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Emma Freudenberger

3

4816-3661-9492